UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MARCUS D. BLAKEMORE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:17-cv-458 |
| v. ) | |
| ) | Judge Mattice |
| JEFF ROBERSON, ) | Magistrate Judge Guyton |
| ) | |
| *Defendant*. ) | |
| ) | |

## **ORDER**

The undersigned district judge **RECUSES** himself in this cause, pursuant to 28 U.S.C. § 455.

**SO ORDERED** this 17th day of December, 2018.

                                                      */s/ Harry S. Mattice, Jr.*
                                                      HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE